UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 93-571-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VINCENT JOHNSON,
    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court on the Government's Superseding Petition For Offender Under Supervision. (D.E. 1021.) The matter was referred to Magistrate Judge Andrea M. Simonton who on May 29, 2008 issued a Report[1] recommending the Defendant's supervised release be revoked based on the following three violations.

| Violation Number | Nature of Compliance |
|---|---|
| 1. | <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law. On or about January 15, 2008, in Miami-Dade County Florida the Defendant committed the offense of Grand Theft First Degree, contrary to Florida statute 812.014(2)(a)(3). . |
| 2. | <u>Violation of Mandatory Condition</u>, by failing to refrain from violation of the law. On or about January 15, 2008, in Miami-Dade County, Florida, the Defendant committed the offense of Filing a False Police Report, contrary to Florida Statute 837.05(1). |
| 3. | <u>Violation of Mandatory Condition</u>, by failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On or about January 15, 2008, the Defendant was arrested by Miami Dade Police Department in Miami-Dade County, Circuit Court case, number |

---

[1] See D.E. 1046.

F08-1815, and he failed to advise the U.S. Probation Officer.

The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. The Defendant's supervised release is REVOKED based on violations numbered one through three.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record